E-filing

FILED
08 APR -7 PM 2:08
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUIS CARDIN,

        Plaintiff,

vs.

BEN CURRY, WARDEN,

        Defendant.

CASE NO. _____ 1847 JSW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

    I, ____LUIS CARDIN____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                    Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                             Yes ___ No _X_
14     d.   Pensions, annuities, or                    Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                            Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?   N/A
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   3/29/08                                    /s/ Le cardin
17     DATE                                  SIGNATURE OF APPLICANT

1
2                                                    Case Number: _____
3
4
5
6
7
8
9                        **CERTIFICATE OF FUNDS**
10                                    **IN**
11                         **PRISONER'S ACCOUNT**
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of ___LUIS CARDIN_____ for the last six months
15  at    CORRECTIONAL TRAINING FACILITY-SOLEDAD
16                                   [prisoner name]
17  _____ where (s)he is confined.
18           [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ _____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $_____.
22
23  Dated:_____             _____
24                                    [Authorized officer of the institution]
25
26
27
28

-5-