IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARDIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 08-1847 JSW (PR)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; TO PAY FILING FEE**<br><br>(Docket No. 2) |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has applied for leave to proceed in forma pauperis. Petitioner's trust account documents reveal that at the time the petition was filed petitioner had an available balance of $293.72, and for the six months preceding the filing of the petition, he had average monthly deposits in his trust account of $8.61 and average monthly balances of $513.44. Petitioner has sufficient funds to pay the $5.00 habeas filing fee.

Accordingly, the application to proceed in forma pauperis is DENIED. Within **30 days** of the date this order is filed, Petitioner shall pay the $5.00 filing fee, and include with his payment a clear indication that it is for case number C-08-1847 JSW (PR). **Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

DATED: May 30, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

LUIS CARDIN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
        _____/

Case Number: CV08-01847 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luis Cardin
C35792
P.O. Box 689
Soledad, CA 93960-0689

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk