7-7-08

Dear Clerk, U.S. District Court:

Since the trust account office at this institution has failed (3) three times already to mail you a check for the amount of $5.00 dollars, for the filing fee of case # 3:08-CV-01847-JSW, my sister Consuelo Aguirre, 1854 W. 20TH St., LA, CA 90007, did send you a money order for the amount of $5.00, for filing fee.

The money order was mailed to you, the second or third week of June, 2008.

Please tell me what else can I do. I just received your second notice of payment due, dated June 30, 2008.

Thank you for your time and concern, regarding this matter.

With due respect,

Luis Cardin
C35792, GW215L

LUIS CARDIN, C35792
P.O. BOX 689, GW215L
SOLEDAD, CA 93960

"LEGAL MAIL"

SAN JOSE CA 951
08 JUL 2008 PM 4 L

9410243661

CLERK, U.S. DISTRICT COURT
450 GOLDEN GATE AVE., 16TH FLOOR
SAN FRANCISCO, CA 94102